**Motion Granted, Appeal Dismissed and Memorandum Opinion filed May 28, 2015.**



In The

# Fourteenth Court of Appeals

### NO. 14-15-00269-CV

### GRACE INSTRUMENT INDUSTRIES, LLC, Appellant

### V.

### MELDEN SCHMIDT AND OFI TESTING EQUIPMENT, INC., Appellee

**On Appeal from the 113th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-33726**

### M E M O R A N D U M   O P I N I O N

This is an attempted appeal from a March 2, 2015 order granting the defendant's no-evidence motion for summary judgment. Generally, appeals may be taken only from final judgments. *Lehmann v. Har Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). When orders do not dispose of all pending parties and claims, the orders remain interlocutory and unappealable until final judgment is entered unless a statutory exception applies. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352,

352 (Tex. 2001); *Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992) (orig. proceeding).

On April 21, 2015, the court notified the parties that the record did not reflect an appealable order and said it would consider dismissal of the appeal unless any party filed a response by May 1, 2015 showing grounds for continuing the appeal. *See* Tex. R. App. P. 42.3(a). On April 27, 2015, appellee filed a motion to dismiss on the ground that the order granting summary judgment was interlocutory because its counterclaims remained pending. The record supports the motion. Appellant did not respond to the court's notification or appellee's motion.

Accordingly, appellee's motion to dismiss is GRANTED. The appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, McCally, and Busby